UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAKEITH LEROY McCOY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>P. VAZQUEZ, Warden,<br><br>　　　　　　Respondent. | Case No. CV 16-08355-RGK (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge and Petitioner's Objections to the Report and Recommendation and Application for Certificate of Appealability. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

　　1. Petitioner's request for an evidentiary hearing is denied; and

2. Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: February 09, 2018

_____
R. GARY KLAUSNER
United States District Judge