JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAKEITH LEROY McCOY,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>P. VAZQUEZ, Warden,<br><br>　　　　　　Respondent. | Case No. CV 16-08355-RGK (JDE)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated:　February 09, 2018

_Gary Klausner_

_____
R. GARY KLAUSNER
United States District Judge